

# NUMBER 13-14-00131-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**IN RE MICHAEL ALANIS TORRES**

---

**On Petition for Writ of Mandamus.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Perkes**
**Memorandum Opinion Per Curiam[1]**

On February 27, 2014, relator, Michael Alanis Torres, filed a petition for writ of mandamus seeking to compel the trial court to enter a nunc pro tunc judgment modifying relator's judgment of conviction to reflect additional time credit for the period in which relator has been incarcerated. The Court requested the real party in interest, the State of Texas, acting by and through the District Attorney for Hidalgo County, Texas, to file a

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

response to the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(b). Relator has now filed a motion to dismiss this original proceeding on grounds that, in an order signed on March 5, 2014, the trial court awarded relator with all of the time credit sought.

The Court, having examined and fully considered the petition for writ of mandamus and the motion to dismiss, is of the opinion that this original proceeding has been rendered moot. *See Jack v. State*, 149 S.W.3d 119 n.10 (Tex. Crim. App. 2004) ("A case becomes moot on appeal when the judgment of the appellate court can no longer have an effect on an existing controversy or cannot affect the rights of the parties."); *Chacon v. State*, 745 S.W.2d 377 (Tex. Crim. App. 1988) (noting that "generally a cause, issue or proposition is or becomes moot when it does not, or ceases to, rest on any existing fact or right"). Accordingly, we GRANT relator's motion to dismiss and we DISMISS this petition for writ of mandamus as moot.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of March, 2014.